

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,627

**Ex parte JAMES ESTES BAKER III, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 526054-B IN THE 209TH DISTRICT COURT
### FROM HARRIS COUNTY

**KELLER, P.J., filed a dissenting opinion.**

This case is in a confusing procedural posture. The present application was filed in the trial court under the cause number for a kidnapping offense. Applicant has discharged the sentence in the kidnapping case. He is on parole for a separate robbery conviction, and it is to this parole that the complained-of sex-offender conditions are attached.

Because the sentence for the kidnapping offense has been discharged, this application should be dismissed. Applicant should file a habeas application in the robbery case to properly bring his complaint about the sex-offender conditions.

I respectfully dissent.

Filed: September 14, 2011
Do not publish